# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PEGGY GINARDI,** **PLAINTIFFS**
**ET AL.**

    **v**          **4:11CV00420-BRW**

**FRONTIER GAS SERVICES LLC.,** **DEFENDANTS**
**ET AL.**

## ORDER

Plaintiffs' Motion for Admission Pro Hac Vice (Doc. No. 6) for attorney Paul Berry Cooper, III, is GRANTED.

IT IS SO ORDERED this 14th day of June, 2011.

        /s/Billy Roy Wilson
    UNITED STATES DISTRICT JUDGE