IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PEGGY GINARDI, ET AL.**                                                              **PLAINTIFFS**

v                                        **4:11CV00420-BRW**

**FRONTIER GAS SERVICES LLC.,**                                            **DEFENDANTS**
**ET AL.**

## ORDER

Plaintiffs' Motion for Admission Pro Hac Vice (Doc. No. 12) for attorney Michael P. McGartland is GRANTED.

IT IS SO ORDERED this 16th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE