IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PEGGY GINARDI, et al.,**                                                                 **PLAINTIFFS**

**v.**                                            **4:11-cv-00420-BRW**

**FRONTIER GAS SERVICES, LLC., et al.**                                      **DEFENDANTS**

### ORDER

Pending are two Motions to Dismiss Claim for Attorneys' Fees filed by Defendants Crestwood Arkansas Pipeline and Chesapeake Energy Corporation. (Doc. Nos. 55, 56). Because Plaintiffs did not file a response, I requested that they do so. In a faxed response, Plaintiffs stated "that the issue of attorneys' fees was previously addressed in your Order dated August 10, 2011 (Document 38) on Kinder Morgan's Motion to Dismiss, I assumed that Order would apply across the board and did not file a separate response."[1]

On August 10, 2011, I entered an Order granting Defendant Kinder Morgan's request to dismiss Plaintiffs' claims for attorneys' fees.[2] I found that Arkansas law does not permit awards of attorneys' fees for tort actions.[3] Accordingly, the Motions to Dismiss Claim for Attorneys' Fees are GRANTED. (Doc. Nos. 55, 56).[4]

IT IS SO ORDERED this 5th day of October, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 64.

[2] Doc. No. 38.

[3] *Id.* See *Chrisco v. Sunn Industries*, 304 Ark. 227, 229 (1990).

[4] Although Defendant Frontier Gas Services has yet to file a motion to dismiss Plaintiffs' claims for attorneys' fees, I find that the claim for attorneys' fees cannot succeed and is, accordingly, dismissed.