**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 15, 2011**

**LETTER ORDER**

Mr. John R. Holton
Deal Cooper Holton PLLC
296 Washington Avenue
Memphis, TN 38103

Mr. William M. Griffin, III
Friday, Eldredge & Clark, LLP - Little Rock
Regions Center
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3522

  Re: *Ginardi, et al. v. Frontier Gas Services, LLC, et al.,* -- 4:11-CV-00420-BRW

Dear Counsel:

This is in response to Defendant Crestwood Arkansas Pipeline's Motion for Protective Order (Doc. No. 80).

The lawyers for the parties are directed to immediately "meet and confer" (by telephone will be fine) to see if mutually agreeable dates can be set up for the proposed depositions.

If the lawyers cannot agree, notify me forthwith, and we will have a telephone conference during which I will set the depositions (please be advised Saturdays and Sunday are not immune).

The current noticed depositions are cancelled for the time being.

It seems to me that we could get this problem resolved this afternoon, or in the morning -- which comports with my idea of "forthwith" and "immediately."

                Cordially,

                /s/ Billy Roy Wilson

cc: Original to the Clerk of the Court
  Other Counsel of Record