# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PEGGY GINARDI,** *et al.***,**                                                                 **PLAINTIFFS**

**v.**                                         **4:11-cv-00420-BRW**

**FRONTIER GAS SERVICES, LLC.,** *et al***.**                                          **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion to Strike Frontier and Crestwood's Expert Witnesses (Doc. No. 122). As announced during the telephone conference today, Plaintiffs' Motion is DENIED. Defendants are to make the following experts available for a telephone deposition: Doug Rush, Scott Skelton, Jim Malcolm, and Jane Spellman.

IT IS SO ORDERED this 24th day of January, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE