**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 6, 2012**

| | | |
|---|---|---|
| Mr. John R. Holton<br>Mr. Paul Berry Cooper, III<br>Mr. Timothy R. Holton<br>Deal Cooper Holton PLLC<br>296 Washington Avenue<br>Memphis, TN 38103 | Mr. Michael P. McGartland<br>Mr. McGartland & Borchardt, LLP<br>1300 South University<br>Suite 500<br>Fort Worth, TX 76107 | Mr. Andrew Zeve<br>Bracewell & Giuliani LLP<br>711 Louisiana Street<br>Suite 2300<br>Houston, TX 77002-2770 |
| Mr. Mark Banner<br>Hall Estill Hardwick Gable<br>Golden & Nelson - Tulsa<br>320 South Boston Avenue<br>Suite 200<br>Tulsa, OK 74103-3708 | Ms. Julie DeWoody Greathouse<br>Perkins & Trotter, PLLC<br>Post Office Box 251618<br>Little Rock, AR 72225-1618 | Ms. Lyn Peeples Pruitt<br>Mitchell Williams<br>425 West Capitol Avenue<br>Suite 1800<br>Little Rock, AR 72201 |
| Mr. David L. Williams<br>Kutak Rock LLP - Little Rock<br>124 West Capitol Avenue<br>Suite 2000<br>Little Rock, AR 72201-3409 | Mr. William M. Griffin, III<br>Friday, Eldredge &Clark, LLP<br>400 West Capitol Avenue<br>Suite 2000<br>Little Rock, AR 72201-3522 | |

Re: *Peggy Ginardi, et al. v. Frontier Gas Services, LLC., et al.*-- 4:11-CV-00420-BRW

Dear Counsel:

After studying your papers, hearing oral argument (which I again note were uniformly excellent), and studying the matter since Tuesday, I am much inclined to deny class certification; so I recommend belaying discovery until I can complete a written order.

It is possible that I will change my mind regarding class certification, but quite unlikely.

I am sending this letter in an attempt to avoid the effusion of money on discovery.

If any lawyer feels that he or she needs further illumination regarding the above, please advise (this does not include additional briefing).

Cordially,

/s/ Billy Roy Wilson

Original to the Clerk of the Court