**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PEGGY GINARDI,** *et al.,*                                                                                   **PLAINTIFFS**

**v.**                                                 **4:11-cv-00420-BRW**

**FRONTIER GAS SERVICES, LLC.,** *et al.*                                                       **DEFENDANTS**

**ORDER**

Either have the settlement papers finalized by this Wednesday, or let's have an in-court hearing at 3 p.m., on this Wednesday, July 11, 2012.

This is your only notice of the hearing and it will be cancelled if you do the necessary before then. But, otherwise, it will not be cancelled.

IT IS SO ORDERED, this 9th day of July, 2012.


                                                      /s/ Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE