IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PEGGY GINARDI, IKE LESTER,** and                                     **PLAINTIFFS**
and **CONSTANCE LESTER**

v.                                      4:11-CV-00420-BRW

**FRONTIER GAS SERVICES, LLC,**                                        **DEFENDANTS**
**CRESTWOOD ARKANSAS PIPELINE, LLC,**
**KINDER MORGAN TREATING, LP,** and
**CHESAPEAKE ENERGY CORPORATION**

## ORDER

Pending is the parties' Joint Motion to Dismiss with Prejudice (Doc. No. 174). The parties have resolved and settled all of their claims and cross-claims, and ask that this case be dismissed with prejudice. The Motion is GRANTED, and this case is DISMISSED with prejudice. All other pending motions (Doc. Nos. 150, 154) are DENIED as MOOT.

IT IS SO ORDERED this 11th day of July, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE